United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE HART, JR.,

Plaintiff,

v.

LYNETTE LEWIS HART, et al.,

Defendants.

Case No.  4:26-cv-02835-KAW

**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Joseph C. Spero for consideration of whether the case is related to *Hart v. Lewis*, 26-cv-02481-JCS.

IT IS SO ORDERED.

Dated: April 20, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge