UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE HART,

      Plaintiff,

    v.

LYNETTE LEWIS,

      Defendant.

Case No.  26-cv-02481-RS

**ORDER DISMISSING CASE WITHOUT LEAVE TO AMEND**

Plaintiff is proceeding in this case in *forma pauperis*. On April 2, 2026, a magistrate judge issued an order to show cause why this case should not be dismissed for failure to state a cognizable claim. *See* 28 U.S.C. § 1915(e)(2)(B). Plaintiff was given until April 17, 2026, to file a new complaint, but he did not do so. The magistrate judge therefore issued a report and recommendation that this case be dismissed without leave to amend. Plaintiff was given two weeks to file an objection to the report and recommendation, but he did not do so. The report and recommendation correctly concludes that the complaint fails to state a cognizable claim, and Plaintiff has in any event forfeited any objection to that conclusion. The case is therefore dismissed without leave to amend.

**IT IS SO ORDERED**.

Dated: June 8, 2026

_____

RICHARD SEEBORG
Chief United States District Judge